✎AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

| NORTHERN | DISTRICT OF | OHIO, WESTERN DIVISION |

| UNITED STATES OF AMERICA<br>V. | **SUMMONS IN A CRIMINAL CASE** |
|---|---|
| Jennifer Fry | Case Number: 3:06mj7071-02 |
| c/o Attorney Mark McBride | |
| (Name and Address of Defendant) | |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>United States District Court<br>1716 Spielbusch Avenue<br>Toledo, Ohio 43624 | Room<br>312 |
|---|---|
| | Date and Time<br>July 17, 2006 at 3:30 p.m. |
| Before: Honorable Vernelis K. Armstrong | |

To answer a(n)

| Indictment | X Information | Complaint | Violation Notice | Probation Violation Petition |

Charging you with a violation of Title __18__ United States Code, Section(s) __371__

Brief description of offense:

Conspiracy to Defraud the IRS

*s/ Carol J. Bethel*

Signature of Issuing Officer

7/12/06
Date

GERI M. SMITH, CLERK OF COURT
Name and Title of Issuing Officer